In the Matter of RICHARD C. SCHULZ, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, April 13, 1992

### APPEARANCES OF COUNSEL

*Frank A. Finnerty, Jr. (Muriel L. Gennosa* of counsel), for petitioner.

*Lysaght, Lysaght & Kramer, P. C. (Peter L. Kramer* of counsel), for respondent.

### OPINION OF THE COURT

Per Curiam.

On or about November 19, 1991, the respondent was convicted in the County Court, Suffolk County, upon his plea of

guilty, of the crime of grand larceny in the third degree in violation of Penal Law § 155.35, a class D felony.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law, effective immediately.

MANGANO, P. J., THOMPSON, SULLIVAN, HARWOOD and EIBER, JJ., concur.

Ordered that pursuant to Judiciary Law § 90, effective immediately, the respondent Richard C. Schulz is disbarred and his name is stricken from the roll of attorneys and counselors-at-law; and it is further,

Ordered that the respondent shall promptly comply with this court's rules governing the conduct of disbarred, suspended and resigned attorneys (22 NYCRR 691.10); and it is further,

Ordered that pursuant to Judiciary Law § 90, effective immediately, the respondent Richard C. Schulz is commanded to desist and refrain (1) from practicing law in any form, either as principal or as agent, clerk or employee of another, (2) from appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission or other public authority, (3) from giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) from holding himself out in any way as an attorney and counselor-at-law.